UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                           CASE NO: 2:15-cr-115-FtM-38CM

DANIEL VARGAS
_____/

## ORDER[1]

This matter comes before the Court on counsel for Defendant Daniel Vargas'
Motion for Individual Voir Dire or to Sever and Continue, or to Withdraw as Counsel (Doc.
#299) filed on January 17, 2017.  Defendant's counsel has a pending criminal case in Lee
County, Florida, and he is concerned that media publicity surrounding his case may
adversely affect his client at trial.  Thus, he requests the Court to ask additional questions
to prospective jurors about their knowledge of his case during *voir dire*.  Alternatively, he
requests to sever the trial or withdraw as counsel.

The undersigned addressed this motion at the final pretrial conference.  (Doc.
#306).  After hearing counsel's arguments, the Court explained to Defendant his right to
effective assistance of counsel, confirmed that Defendant knew of his counsel's criminal
case, and discussed the potential impact of that case at his trial.  (Doc. #306).  Defendant
confirmed his knowledge of his counsel's case and reiterated his desire for counsel to
represent him.  After considering all matters, the Court orally found that Defendant has

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These
hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in
CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse,
recommend, approve, or guarantee any third parties or the services or products they provide on their
websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The
Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a
hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

the right to the counsel of his choice and that he fully understands the potential ramifications.[2]  (Doc. #306).  With no objection from the Government, the Court granted the request for additional *voir dire* questions, but denied the request to sever or withdraw. (Doc. #306).

Accordingly, it is now

**ORDERED:**

Defendant Daniel Vargas' Motion for Individual Voir Dire or to Sever and Continue, or to Withdraw as Counsel (Doc. #299) is **GRANTED in part** and **DENIED in part**.  The motion is granted to the extent that the Court will ask additional *voir dire* questions, but it is denied in all other respects.

**DONE AND ORDERED** at Fort Myers, Florida, this January 20, 2017.

**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies:  Counsel of Record

---

[2] At defense counsel's request, the Honorable Carol Mirando held a hearing on December 7, 2016, to inquire of Defendant Daniel Vargas about his knowledge and waiver of a potential conflict of interest because of counsel's criminal case.  (Doc. #249; Doc. #251).  Judge Mirando found no conflict of interest and that Defendant knowingly waived any conflict.  She permitted, therefore, defense counsel to continue to represent Defendant.